

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jefferson Trucking, LLC, Timothy Wayne
Jefferson, and Eric Wayne Jefferson,
Appellants

No. 06-19-00023-CV       v.

Eddie McPherson and Karen Pearson,
Appellees

Appeal from the 115th District Court of
Upshur County, Texas (Tr. Ct. No. 16-
00247). Opinion delivered by Justice
Burgess, Chief Justice Morriss and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellants, Jefferson Trucking, LLC, Timothy Wayne Jefferson, and Eric Wayne Jefferson, pay all costs of this appeal.

RENDERED MAY 29, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk